1    Mary Beth Kaufman, Esq. (SBN 228570)
     Law Offices of Stanton & Kaufman
2    400 Montgomery Street, Suite 810
     San Francisco, CA 94104
3    Phone: (415) 392-6161
4    Fax: (415) 392-8208

E-filing

*Original*

**FILED**

MAY 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5    Attorneys for Petitioners.

6            UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8            SAN FRANCISCO, CALIFORNIA          **SC**

9
10   **MUSTAFA RASHID RAHIMI;**        CV ) 08 ___ 2656
11   **FARIHA RAHIMI,**                )
12                                     )
13            **Petitioners,**          )    **PETITION FOR WRIT OF**
                                        )    **MANDAMUS**
14               **vs.**                )    _Immigration Case, Administrative_
15                                      )    _Procedures Act Case_
     **MICHAEL CHERTOFF, Secretary of the**  )
16   **Department of Homeland Security;**     )
17   **JONATHAN SCHARFEN, Acting Director of**  )
18   **U.S. Citizenship and Immigration Services**  )
     **(USCIS);**                        )
19                                       )
20   **CHRISTINA POULOS, Director of California**  )
     **Service Center of USCIS;**        )
21                                       )
22   **MICHAEL B. MUKASEY, Attorney General of**  )
     **The United States;**             )
23                                       )
24            **Respondents.**           )
25                                       )
26                                       )
27                                       )
28

## PRELIMINARY STATEMENT

1. Petitioners, Mustafa Rahimi ("Mr. Rahimi") and Fariha Rahimi ("Mrs. Rahimi"), husband and wife, hereby bring this action against Respondents to compel action on the immigrant visa petition and the application for a non-immigrant K-3 visa filed by Mr. Rahimi, a U.S. citizen, in order to immigrate his wife to the United States. Respondents have unreasonably delayed adjudication of Mr. Rahimi's spousal petition and visa application, causing Mr. and Mrs. Rahimi to be separated for <u>over two years</u>. Furthermore, Defendants' indication that the delay of Mr. Rahimi's I-130 petition is caused due to pending "security checks" is arbitrary, capricious, and an abuse of discretion as <u>security checks are not required by statute or regulation for approval of I-130 petitions</u>.

## JURISDICTION

2. This Court has subject matter jurisdiction of this action under 28 U.S.C. § 1331 (federal question jurisdiction) because Petitioners' claims arise under the laws of the United States. Additionally, this Court may grant injunctive, declaratory, and/or mandamus relief in this action under, 28 U.S.C. §1361 (Mandamus Act), 5 U.S.C. § 701 et seq. (Administrative Procedures Act) 28 U.S.C. §1651 (All Writs Act), and under 28 U.S.C. § 2201 (Declaratory Judgment Act). *See also Ayanbadejo v. Chertoff*, 517 F.3d 273, 278 (5th Cir. 2008) ("Determinations regarding the validity of marriage for I-130 petition purposes are not discretionary within the meaning of 8 U.S.C. § 1252(a)(2)(B), and thus are subject to review by courts.").

## VENUE

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(e) (action against officers of the United States may be brought in any district where "a substantial part of the events or omissions giving rise to the claim occurred" or where "the plaintiff resides"). Mr. Rahimi resides in Pleasant Hill, California, which is within the Northern District of California.

## PARTIES

4. Petitioner, **Mustafa Rahimi**, is a citizen of the United States who resides in Pleasant Hill, California. He married Fariha Rahimi on January 26, 2006 and filed a Petition for Alien Relative for her (Form I-130) with the California Service Center ("CSC") on April 13, 2006. In spite of a six-month processing time for such petitions, Mr. Rahimi's I-130 petition remains pending with CSC. On May 25, 2007, Mr. Rahimi filed for a K-3 non-immigrant visa for his wife with CSC on Form I-129F, in an effort to immigrate her to the United States pending adjudication of the I-130 petition. In spite of a normally six-month processing time for that application as well, it remains pending before CSC.

5. Petitioner **Fariha Rahimi** is a native and citizen of Afghanistan, who currently resides in her birthplace of Khulm, Afghanistan. For over two years, Mrs. Rahimi has been separated from her husband while she awaits for CSC to adjudicate her husband's I-130 petition and I-129F application.

6. Respondent **Michael Chertoff** is sued in his official capacity as the Secretary of the United States Department of Homeland Security ("DHS"). Secretary Chertoff is responsible for administration and enforcement of the Immigration and Nationality Act and is further authorized to delegate such powers and authority to subordinate employees of DHS. 8 U.S.C. § 1103; 8 C.F.R. § 2.1.

7. Respondent **Jonathan Scharfen** is the Acting Director of United States Citizenship and Immigration Services ("USCIS"), an agency within DHS, and is sued in his official capacity. Mr. Gonzalez is responsible for processing and adjudicating spousal immigration petitions and applications by U.S. citizens, in accordance with the laws and lawfully promulgated regulations of the United States. *See* 8 C.F.R. § 2.1, 103.1.

8.    Respondent **Christina Poulos** is the Director of the California Service Center, an application processing center for USCIS, and is sued in her official capacity.  Ms. Poulos is responsible for processing and adjudicating spousal immigration petitions and applications by U.S. citizens, in accordance with the laws and lawfully promulgated regulations of the United States. *See* 8 C.F.R. § 2.1, 103.1.

9.    Respondent **Michael Mukasey** is sued in his official capacity as the Attorney General of the United States Department of Justice, to the extent that he is charged with the administration of the Department of Justice, which has responsibility for providing access to criminal history information pursuant to 8 U.S.C. §§ 1105(b), 1103(g).

## LEGAL FRAMEWORK AND FACTS

**A.    The Family Sponsorship Process**

10. The Immigration and Nationality Act provides that "any citizen of the United States claiming that an alien is entitled to . . . an immediate relative status . . . may file a petition with the Attorney General for such classification." 8 U.S.C. § 1154(a)(1)(A)(i).  Under 8 U.S.C. § 1151(b)(2)(A)(i), a U.S. citizen's spouse is an "immediate relative," which confers on her the right to immediately apply for lawful permanent resident status.  Once the spousal petition is approved, it is referred to as an "immigrant visa."

The DHS regulations require that a U.S. citizen who wishes to petition his family member for an immigrant visa, must do so using a Form I-130, Petition for Alien Relative.  8 C.F.R. § 204.1(a)(1).  The purpose of the spousal petition is for DHS to ensure that the couple is legally married and that the intending immigrant has not "attempted or conspired to enter into a marriage for the purpose of evading the immigration laws." 8 C.F.R. § 204.2(a)(1)(ii). Unlike applicants who seek naturalization or admission to the United States, such as applicants for

permanent residence or temporary visas, petitioners and beneficiaries of I-130 petitions need not show that they are "admissible" to the United States or pass any security or background checks. *Compare* 8 C.F.R. §§ 214.1(a)(3), 335.2(b) *with* 8 C.F.R. 204.2. If the intending immigrant is not in removal proceedings before an Immigration Judge, the U.S. citizen's petition for his spouse will generally be approved if the U.S. citizen petitioner submits evidence of his U.S. citizenship, evidence of a legal marriage with the intending immigrant along with proof of the legal termination of all previous marriages of both the petitioner and the beneficiary, and a recent photograph of the intending immigrant. 8 C.F.R. § 204.2(a)(2). The Immigration and Nationality Act provides that,

> After an investigation of the facts in each case,... the Attorney General **shall**, if he determines that the facts stated in the petition are true and that the alien in [sic] behalf, of whom the petition is made is an immediate relative,... approve the petition and forward one copy thereof to the Department of-State. The Secretary of State shall then authorize the consular officer concerned to grant the preference status.

8 U.S.C. § 1154(b) (emphasis added). "If the petition is denied, the petitioner will be notified of the reasons for the denial and of the right to appeal." *Id.*

As an "immediate relative" with an "immigrant visa," the spouse of a U.S. citizen is not subject to annual quotas placed by the U.S. State Department on various other categories of immigrants, and instead, may immediately apply for and receive permanent residence, once the spousal petition is approved, subject only to processing times at the Consular office abroad. 8 U.S.C. § 1151(b)(2)(A)(i). The special "no-cap" policy for immediate relatives was intended by Congress to ensure more expeditious re-unification of U.S. citizens with their family members. *Id.*

11. The Immigration and Nationality Act also contains a provision whereby a U.S. citizen may immigrate his spouse while his I-130 is pending, by sponsoring her for a "non-immigrant"

or temporary visa. The purpose of the provision, which confers a temporary "K-3 visa" for the beneficiary, is to ensure family unity while the petitioner and beneficiary "await approval of [the I-130] petition." 8 U.S.C. §§ 1101(k)(2), 214.1(a)(2). *See* LIFE Act (Legal Immigration and Family Equity Act), Pub. L. No. 106-553, 114 Stat. 2762 (Dec. 21, 2000); 66 F.R. 42587 (Aug. 14, 2001) ("Although spouses of U.S. citizens are not subject to numerical limitations and, therefore, do not need to wait for a current visa number . . . the process for immigrants is more burdensome and lengthy than for nonimmigrants . . . . The LIFE Act addresses this lengthy family separation by creating a nonimmigrant classification for spouses to citizens and their children to expedite their entry to the United States.").

The request for a K-3 visa must be made with the same USCIS office where the petitioner's I-130 petition is pending and must be submitted by the petitioner using the Form I-129F. 8 C.F.R. § 214.2(k)(7). If an intending immigrant is granted a K-3 visa, she may enter the United States immediately and then file for permanent residence from within the United States once the I-130 petition is approved. 8 C.F.R. § 214(k)(8).

## B. Mr. Rahimi's I-130 Petition and I-129F Application

12. Mr. Rahimi is a 31 year-old native of Afghanistan who became a naturalized citizen of the United States on November 20, 2001. Exhibit ("Exh.") A (*Naturalization Certificate*). On January 26, 2006, Mr. Rahimi married Fariha Rahimi, in his native Afghanistan, and returned to the United States soon thereafter with hopes of re-uniting shortly with his new bride. Exh. B (*Marriage Certificate*). On April 17, 2006, Mr. Rahimi filed an I-130 Petition for Alien Relative to classify Mrs. Rahimi as an immediate relative. Exh. C (*I-130 Petition Without Attachments and Receipt*). According to the instructions to Form I-130, Mr. Rahimi filed the petition with the California Service Center in Laguna Niguel, California, a processing center for USCIS. Exh. D

(*Instructions for Form I-130*). Based on the processing time for I-130 petitions at CSC, Mr. Rahimi expected the petition to be adjudicated within six months. Exh. E (*California Service Center Processing Times*).

13. Approximately one year after filing the I-130 petition, Mr. Rahimi became concerned that that his petition had still not been adjudicated by CSC. He made an inquiry with his Congressional representative, Ellen Tauscher, who forwarded Mr. Rahimi's inquiry to CSC on April 4, 2007. Exh. F (*Letters from Congresswoman Ellen O. Tauscher*).

14. Due to the futility of his efforts to get information regarding his I-130 petition, on May 25, 2007, Mr. Rahimi filed an application for a non-immigrant K-3 visa for Mrs. Rahimi, hoping that it would result in her arriving to the United States more expeditiously. Exh. G (*Receipt for K-3 visa application*). The processing time for K-3 visa applications is also six months. Exh. E (*California Service Center Processing Times*). Unfortunately, that application, like the I-130, remains un-adjudicated by CSC.

15. Subsequently, approximately six months later, without a timely adjudication of either his spousal petition or his non-immigrant visa application for Mrs. Rahimi, Mr. Rahimi's counsel began making inquiries CSC regarding his two applications on November 6, 2007. Exh. H (*First E-Mail and USPS Mail Inquiries to California Service Center*). An officer of CSC responded to Mr. Rahimi's counsel that:

> The processing of [Mr. Rahimi's] case has been delayed as USCIS is currently awaiting the results of required security checks. These background checks are required of all who apply for the immigration benefit you are [your client is seeking]. USCIS will make every effort to make a decision on this case as soon as the security checks are complete. If you do [your client does] not receive a decision or other notice of action from us within 6 months of this letter, please feel free to contact us.

Exh. I (*Additional Correspondence Between Mr. Rahimi's Attorney & California Service*

*Center*).  Between November 2007 and May 2008, Mr. Rahimi made approximately six requests for adjudication of his I-130 petition or his I-129F application.  On at least four occasions, CSC responded with an answer identical to the one quoted above.  *Id.*  Additionally, on January 15, 2008, Mr. Rahimi's Congressional representative informed him that his "case is still pending the detailed review" and that CSC does "not have a time frame as to when this case will be completed."  Exh. E (*Letter from Congresswoman Ellen O. Tauscher, Jan. 15, 2008*).  In the meantime, despite Congress's mandate that U.S. citizens be expeditiously united with their immigrant spouses, Mr. Rahimi remains separated from his wife over two years after he filed his spousal petition for her.  On May 1, 2008, counsel for Mr. Rahimi informed the CSC by mail and email that Mr. Rahimi, as a last reort, planned to file suit within two weeks if no further information could be provided regarding the status of the long-pending applications.  Exh. F (*Letter of Intent to File Suit*).  No further administrative remedies are available to Mr. and Mrs. Rahimi.

## CAUSE OF ACTION
### (IMMIGRATION AND NATIONALITY ACT AND ADMINISTRATIVE PROCEDURE ACT)

16.  The allegations contained in paragraphs 1 through 15 are repeated and incorporated herein.

17. DHS, USCIS, and CSC, are responsible for unreasonably delaying Mr. Rahimi's I-130 petition and I-129F application. Under 8 U.S.C. § 1154(b), if the agency determines that the facts stated in an I-130 petition are true and that the beneficiary of the petition is an "immediate relative," it shall approve the petition and forward one copy to the Department of State.  From the evidence submitted with his I-130 petition, it is indisputable that Mrs. Rahimi is entitled to

immediate relative status.  Additionally, Respondents have a duty to adjudicate Mr. Rahimi's I-129F application on behalf of Mrs. Rahimi in a timely manner.

18. Mandamus is an appropriate remedy in this case because Petitioners have a clear right to have their I-130 petition and I-129F application adjudicated under the Immigration and Nationality Act and the Administrative Procedures Act, and have been aggrieved by the government's failure to act.  *Accord, Patel v. Reno*, 134 F.3d 929 (9th Cir. 1998).  "[T]he INA [Immigration and Nationality Act] and the regulations issued pursuant to it impose on the executive branch a clear duty to either grant or deny petitioner's I-130 petition.  The agency is not authorized to hold onto the petition and make no decision." *Razaq v. Poulos*, 2007 U.S. Dist. LEXIS 770 *9 (N.D. Cal.).  "It is equally clear that Congress had to have intended the executive branch to complete these 'adjudications' within a reasonable time – because imposing no time constraint at all on the executive branch would be tantamount to giving the government the power to decide whether it would decide." *Id.* at *10.  Here, a one-and-a-half year delay beyond what it takes CSC to adjudicate other I-130s and I-129Fs is indisputably unreasonable and therefore in violation of the statute.  CSC's response that Petitioners' case is pending "security checks" is insufficient to excuse the delay, since the statute requires adjudication "[a]fter an investigation of the facts in each case," thus taking into account the need to investigate a case before requiring adjudication within a reasonable time.  8 U.S.C. § 1154(b).[1]

---

[1] In fact, it is Petitioners' position that according to the Board of Immigration Appeals' decision in *Matter of O--*, 8 I&N Dec. 295 (BIA 1959), and the plain language of 8 C.F.R. § 204.2(a)(1), CSC's security checks are entirely inappropriate, given that "law enforcement and national security concerns are entirely irrelevant to adjudication of the I-130 petition," since those checks must be performed at the time the beneficiary applies for admission to the United States. *Matter of O--*, 8 I&N Dec. 295.  In any case, this Court need not decide that question here, since regardless of whether CSC's security checks are proper, two years is indisputably an unreasonable amount of time for adjudication of the petition, where the normal processing time for such petitions is six months.

19. Additionally, Mr. and Mrs. Rahimi are aggrieved by agency action under the Administrative Procedures Act, 5 U.S.C. §§ 701, *et seq.* DHS, CIS, and CSC, by failing to timely adjudicate Mr. Rahimi's I-130 and I-129F, have "unlawfully withheld or unreasonable delayed" agency action in violation of 5 U.S.C. § 706(1). *See Razak* at 12 ("where a statute does not specify a deadline for a particular kind of government action, the APA compels the executive agency to act 'within a reasonable time'") (citations omitted). Furthermore, CIS's indication that the delay of Mr. Rahimi's I-130 petition is caused due to pending "security checks" is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," as security checks are not required by statute or regulation for approval of I-130 petitions. 5 U.S.C. §706(2). *See supra*, n. 1.

## **PRAYER FOR RELIEF**

WHEREFORE, Petitioner prays that this Court grant the following relief:

(1)         Assume jurisdiction over the matter;

(2)         Compel DHS, CIS, and CSC to immediately adjudicate Mr. Rahimi's I-130 petition and I-129F application;

(3)         Compel the Attorney General to provide CSC with security check results, if applicable;

(4)         Award Petitioner his costs and fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and

(5)         Grant such further relief as the Court deems just and proper.

Dated: May 23, 2008

Respectfully Submitted,

Mary Beth Kaufman
Attorney for Petitioner



# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 26861434

*Personal description of holder as of date of naturalization:*

*Date of birth:* FEBRUARY 27, 1977

*Sex:* MALE

*Height:* 5 *feet* 8 *inches*

*Marital status:* SINGLE

*Country of former nationality:*
AFGHANISTAN



*(Complete and true signature of holder)*

*INS Registration No.* A026810081

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

*Be it known that, pursuant to an application filed with the Attorney General*

*at:* SAN FRANCISCO, CALIFORNIA

*The Attorney General having found that:*

**MUSTAFA RASHID RAHIMI**

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

**US DISTRICT COURT OF NORTHERN CALIFORNIA**

*at:* SAN FRANCISCO, CALIFORNIA    *on:*

*that such person is admitted as a citizen of the United States of America.*

*Commissioner of Immigration and Naturalization*

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

**B**

## Translate Version Of Marriage Certificate
## (Khutba-I-Masnoona)

**Date:**  1 / 2 6 / 0 6

**Groom Name**: Mustafa

**Father**: Haji Abdul Shokoor

**Grand Father**: Haji Abdul Rahim

**Nationality**: Tajik

**Address**: Aryana

**Age:** 28

**Identity Number**: 905/180

**Bride:**

Name: Fariha
Father: Sayed Zukrullah
Grandfather: Sayed Abdul Fazal
Nationality: Tajik
Address: Aryana
Age: 19

Identity Number: 485/1903

**Witness:**

Name: Sayed Abdul Samad
Father: Sayed Abdul Fazal
Grand father: Sayed Mutaher
Nationality: Tajik
Address: Ariana
Age: 32
Identity Number:173/18

Name: Abdul Jabar
Father: Abdul Razaq

Grand father: Subhan Gul
Nationality: Takik
Address: Khurasan


**Attorney:**
Name: Sayed Abdul Fazal
Father: Sayed Mutaher
Grand Father: Sayed Abraham
Nationality: Tajik
Address: Aryana
Age: 74
Married portion: 50,000 Afghani + 1,000 Afghani

The formalities of marriage were performed by the under signed as per the Shariat (Islamic).
Signature of Attorney: _____
Signature of Witness: _____


## Certificate of Translation of Marriage

I certify that the translation of the above marriage certificate from Farsi and to English was made by me. I am proficient in both languages and to the best of my knowledge and understanding it is authentic and accurate to the original document.

Translator: _N. Omar_____    Date: _4/16/06_____
      Signature


Photographer of holder affixed and sealed



دولت اسلامی افغانستان

سترهٔ محکمه

وثیقهٔ نکاح



## دولت اسلامى افغانستان

### ستره محکمه

# وثيقهٔ نكاح

قـيــمـت : (   )  1000

نـمـبـر صكوك : (   )  8715

صفحه ١

# خطبه نكـاح

بسم الله الرحمن الرحيم

الحمد لله نحمده ونستعين به ونستغفره ونعوذ بالله من شرور انفسنا وسيئات اعمالنا من يهدي الله فلا مضل له ومن يضلل فلا هادي له واشهد ان لا اله الا الله وحده لا شريك له واشهد ان سيد نا محمداً عبده ورسوله .

يا ايها الناس اتقوا ربكم الذي خلقكم من نفس واحدة وخلق منها زوجها وبث منهما رجالا كثيرا ونساء واتقوا الله الذي تسائلون به والارحام ان الله كان عليكم رقيبا .

يا ايها الذين امنوا اتقوا الله حق تقاته ولا تموتن الا وانتم مسلمون ، يا ايها الذين امنوا اتقوا الله وقولوا قولا سديداً يصلح لكم اعمالكم ويغفر لكم ذنوبكم ومن يطع الله ورسوله فقد فاز فوزا عظيما .

وايضا قال رسول الله صلى الله عليه وسلم تناكحوا وتناسلوا فاني اباهي بكم الامم يوم القيامة ولو بالسقط .

بارك الله لنا ولكم في القران العظيم ونفعنا واياكم بالايات والذكر الحكيم انه تعالي جواد كريم ملك برووب الروف الرحيم .

| صفحه ۳ | صفحه ۲ |
|---|---|

اگر مهر جایداد غیر منقول باشد درین صفحه ذکر میشود.

محل صدور :

| | نمبر | خصوصی | ۷۳ |
|---|---|---|---|
| | | عمومی | ۳۳۳۴ |

محکمه ____ ناجیه
ولسوالی

تاریخ صدور: ۱۸/۱۲/۱۳۶۲

تاریخ ثبت:

| مهر مؤجل | مهر معجل |
|---|---|

جمع مبلغ حفزار افغانی قابل تحویل درر میباشد.

سنگ بینا ۵ هزار افغانی



صفحه ٥

## شهرت وکیل ناکح

| اسم | مولد | ولد | سکونت | قوم | سن | نمبر تذکره ومحل صدور آن |
|---|---|---|---|---|---|---|
| | | | | | | |

محل امضاء و نشان شصت

فتوی
وکیل ناکح

## شهرت وکیل منکوحه

| اسم | مولد | ولد | سکونت | قوم | سن | نمبر تذکره ومحل صدور آن |
|---|---|---|---|---|---|---|
| سید | سید محمد | آریانا | | | ١٧٦٦ |

محل امضاء و نشان شصت

صفحه ٤

## شهرت ناکح

| اسم | ولد | ولد | سکونت | قوم | سن | نمبر تذکره ومحل صدور آن |
|---|---|---|---|---|---|---|
| مصطفی | غلام حسین | آریانا | تاجک | ٢٨ | ٩٢ |

محل امضاء و نشان شصت

## شهرت منکوحه

| اسم | ولد | ولد | سکونت | قوم | سن | نمبر تذکره ومحل صدور آن |
|---|---|---|---|---|---|---|
| | | | | تاجک | ١٩ | ١٩٠٢ |

محل امضاء و نشان شصت



C

OMB No. 1115-0054

U.S. Department of Justice
Immigration and Naturalization Service

**Petition for Alien Relative**

| DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY | | |
|---|---|---|
| A# | Action Stamp | Fee Stamp |

Section of Law/Visa Category
- [ ] 201 (b) spouse - IR-1/CR-1
- [ ] 201 (b) child - IR-2/CR-2
- [ ] 201 (b) parent - IR-5

- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A)Spouse - F2-1
- [ ] 203(a)(2)(A)Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3)Married S or D - F3-1
- [ ] 203(a)(4)Brother/Sister - F4-1

Petition was filed on: _____ (priority date)
- [ ] Personal Interview
- [ ] Pet. [ ] Ben. "A" File Reviewed
- [ ] Field Investigations
- [ ] 203(a)(2)(A)Resolved
- [ ] Previously Forwarded
- [ ] I-485 Filed Simultaneously
- [ ] 204(a) Resolved
- [ ] 203(g) Resolved

Remarks:

**A. Relationship**    You are the petitioner; your relative is the beneficiary.

| 1. I am filing this petition for my: | 2. Are you related by adoption? | 3. Did you gain permanent residence through adoption? |
|---|---|---|
| [X] Husband/Wife [ ] Parent [ ] Brother/Sister [ ] Child | [ ] Yes [X] No | [ ] Yes [X] No |

| **B. Information about you** | **C. Information about your alien relative** |
|---|---|
| 1. Name (Family name in CAPS) (First) (Middle) | 1. Name (Family name in CAPS) (First) (Middle) |
| Rahimi    Mustafa    Rashid | Rahimi    Fariha |
| 2. Address (Number and Street) (Apt. No.) | 2. Address (Number and Street) (Apt. No.) |
| 299 Mercury wby | 100 Charsy st |
| (Town or City) (State/Country) (ZIP/Postal Code) | (Town or City) (State/Country) (ZIP/Postal Code) |
| Pleasant Hill CA.U.S.A 94523 | Khulm Bulkh Afghanista |
| 3. Place of Birth (Town or City) (State/Country) | 3. Place of Birth (Town or City) (State/Country) |
| Kabul Afghanistan | Khulm Afghanistan |
| 4. Date of Birth 5. Gender 6. Marital Status | 4. Date of Birth 5. Gender 6. Marital Status |
| (Month/Day/Year) [X] Male [X] Married [ ] Single | (Month/Day/Year) [ ] Male [X] Married [ ] Single |
| 2/27/77 [ ] Female [ ] Widowed [ ] Divorced | 1/10/1987 [X] Female [ ] Widowed [ ] Divorced |
| 7. Other Names Used (including maiden name) | 7. Other Names Used (including maiden name) |
| NO | Fariha |
| 8. Date and Place of Present Marriage (if married) | 8. Date and Place of Present Marriage (if married) |
| 1/26/06 Mazar Sharif Afghanistan | 1/26/06 Mazarsharif Afghanistan |
| 9. Social Security Number (if any) 10. Alien Registration Number | 9. Social Security Number (if any) 10. Alien Registration Number |
| 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 A-026810081 | N/A N/A |
| 11. Name(s) of Prior Husband(s)/Wive(s) 12. Date(s) Marriage(s) Ended | 11. Name(s) of prior Husband(s)/Wive(s) 12. Date(s) Marriage(s) Ended |
| NO N/A | N/A N/A |

13. If you are a U.S. citizen, complete the following:
My citizenship was acquired through (check one)
- [ ] Birth in the U.S.
- [X] Naturalization. (Give certificate number and date and place of issuance.)
  2686434  11-20-01 S.F
- [ ] Parents. Have you obtained a certificate of citizenship in your own name?
  - [ ] Yes. Give certificate number, date and place of issuance [ ] No

14a. If you are a lawful permanent resident alien, complete the following:    Date and place of admission for, or adjustment to, lawful permanent residence and class of admission:

14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?
- [ ] Yes [X] No

13. Has your relative ever been to the U.S.? [ ] Yes [X] No

14. If your relative is currently in the U.S., complete the following:
He or she last arrived as a:
(visitor, student, stowaway, without inspection, etc.)

Arrival/Departure Record (I-94) Number    Date arrived (Month/Day/Year)

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95

15. Name and address of present employer (if any)
N/A

Date this employment began (Month/Day/Year)

16. Has your relative ever been under immigration proceedings?
[X] No [ ] Yes When _____ Where _____ When _____
[ ] Removal [ ] Exclusion/Deportation [ ] Rescission [ ] Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED: Rec'd ___ Sent ___ | COMPLETED: Appv'd ___ Denied ___ Ret'd ___ |

Form I-130 (Rev. 03/19/02)Y

## C. Information about your alien relative (continued)

17. List husband/wife and all children of your relative
(Name)          (Relationship)          (Date of Birth)   (Country of Birth)

_____

_____

_____

_____

18. Address in the United States where your relative intends to live.
(Street Address)          (Town or City)    (State)
299 Mercury Way      Pleasant Hill    CA

19. Your relative's address abroad.(include street, city, province and country)          Phone Number (if any)
100 Charsy St
Khulm   Bulkh   Afghanistan

20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.
(Name)          Address (include street, city, province and country):    نام بری منطقه سرخ بولس قریه
خیر محمد      کوچه شرف اباد ولایت خلم منزل شماره      رس

21. If filing for your husband/wife, give last address at which you both lived together. (Include street, city, province, if any, and country)
First St Aryana Mazur sharif Af          From:    To:
                                          (Month) (Year)   (Month) (Year)
                                          9/12/05    2/16/06

22. Complete the information below if your relative is in the United States and will apply for adjustment of status.
Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the office of the Immigration
and Naturalization Service in _____ N/A _____. If your relative is not eligible for adjustment of status, he or she
          (City)          (State)
will apply for a visa abroad at the American consular post in  Islamabad      Pakistan
                                          (City)          (Country)

NOTE: Designation of an American Embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for
processing by that post.   Acceptance is at the discretion of the designated embassy or consulate.

## D. Other Information

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.

_____

2. Have you ever filed a petition for this or any other alien before?   ☐ Yes   ☒ No
If "Yes" give name, place and date of filing, and result.

WARNING: The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family
relationships are falsified to obtain visas.

PENALTIES: By law, you may be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for
the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 and imprisoned for up to five
years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

YOUR CERTIFICATION: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and
correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to
determine eligibility for the benefit that I am seeking.

## E. Signature of Petitioner

          Date          Phone Number 923-639-3331

## F. Signature of Person preparing this form, if other than the petitioner

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name _____    Signature _____    Date _____

Address _____    G-28 ID or VOLAG Number, if any. _____

Form I-130 (Rev. 03/19/02)Y Page 2

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-06-151-50880 | | CASE TYPE   I130   IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIVED DATE April 13, 2006 | PRIORITY DATE | PETITIONER   A026 810 081 RAHIMI, MUSTAFA R. |
| NOTICE DATE April 17, 2006 | PAGE 1 of 1 | BENEFICIARY RAHIMI, FARIHA |

| | |
|---|---|
| MUSTAFA R. RAHIMI<br>299 MERCURY WAY<br>PLEASANT HILL CA 94523 | Notice Type:   Receipt Notice<br><br>Amount received: $ 190.00<br><br>Section: Husband or wife of U.S.<br>Citizen, 201(b) INA |

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 01/31/05) N

D

OMB #1615-0012; Expires 01/31/11

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Instructions for I-130, Petition for Alien Relative

## Instructions

**Please read these instructions carefully to properly complete this form. If you need more space to complete an answer, use a separate sheet(s) of paper. Write your name and Alien Registration Number (A #), if any, at the top of each sheet of paper and indicate the part and number of the item to which the answer refers. If you do not follow the instructions, U.S. Citizenship and Immigration Services (USCIS) may have to return your petition, which may delay final action.** The filing addresses provided on this form reflect the most current information as of the date this form was last printed. If you are filing Form I-130 more than 30 days after the latest edition date shown in the lower right-hand corner, please visit our website online at www.uscis.gov before you file, and check the Immigration Forms page to confirm the correct filing address and version currently in use. Check the edition date located in the lower right-hand corner of the form. If the edition date on your Form I-130 matches the edition date listed for Form I-130 on the online Immigration Forms page, your version is current and will be accepted by USCIS. If the edition date on the online version is later, download a copy and use the online version. If you do not have Internet access, call the National Customer Service Center at 1-800-375-5283 to verify the current filing address and edition date. **Improperly filed forms will be rejected, and the fee returned, with instructions to resubmit the entire filing using the current form instructions.**

### What Is the Purpose of This Form?

A citizen or lawful permanent resident of the United States may file this form with U.S. Citizenship and Immigration Services (USCIS) to establish the existence of a relationship to certain alien relatives who wish to immigrate to the United States.

### Who May File Form I-130?

1. If you are a U.S.citizen you must file a separate Form I-130 for each eligible relative. You may file a Form I-130 for:

   A. Your husband or wife;
   B. Your unmarried child under age 21;
   C. Your unmarried son or daughter age 21 or older;
   D. Your married son or daughter of any age;
   E. Your brother(s) or sister(s) (you must be age 21 or older);
   F. Your mother or father (you must be age 21 or older).

2. If you are a lawful permanent resident of United States, you may file this form for:

   A. Your husband or wife;
   B. Your unmarried child under age 21;
   C. Your unmarried son or daughter age 21 or older.

**NOTE:**

1. There is no visa category for married children of permanent residents. If an unmarried son or daughter of a permanent resident marries before the permanent resident becomes a U.S. citizen, any petition filed for that son or daughter will be automatically revoked.

2. If your relative qualifies under paragraph 1(C), 1(D), or 1(E) above, separate petitions are not required for his or her husband or wife or unmarried children under 21 years of age.

3. If your relative qualifies under paragraph 2(B) or 2(C) above, separate petitions are not required for his or her unmarried children under 21 years of age.

4. The persons described in number 2 and 3 of the above **NOTE** will be able to apply for an immigrant visa along with your relative.

### Who May Not File This Form I-130?

You may not file for a person in the following categories:

1. An adoptive parent or adopted child, if the adoption took place after the child's 16th birthday, or if the child has not been in the legal custody and living with the parent(s) for at least two years.

2. A natural parent, if the U.S. citizen son or daughter gained permanent residence through adoption.

3. A stepparent or stepchild, if the marriage that created the relationship took place after the child's 18th birthday.

4. A husband or wife, if you and your spouse were not both physically present at the marriage ceremony, and the marriage was not consummated.

5. A husband or wife, if you gained lawful permanent resident status by virtue of a prior marriage to a U. S. citizen or lawful permanent resident, unless:

   A. A period of five years has elapsed since you became a lawful permanent resident; or

   B. You can establish by clear and convincing evidence that the prior marriage through which you gained your immigrant status was not entered into for the purpose of evading any provision of the immigration laws; or

   C. Your prior marriage through which you gained your immigrant status was terminated by the death of your former spouse.

6. A husband or wife, if you married your husband or wife while your husband or wife was the subject of an exclusion, deportation, removal, or rescission proceeding regarding his or her right to be admitted into or to remain in the United States, or while a decision in any of these proceedings was before any court on judicial review, unless:

   You prove by clear and convincing evidence that the marriage is legally valid where it took place, and that you and your husband or wife married in good faith and not for the purpose of procuring the admission of your husband or wife as an immigrant, and that no fee or any other consideration (other than appropriate attorney fees) was given for your filing of this petition **OR**

   Your husband or wife has lived outside the United States, after the marriage, for a period of at least two years.

7. A husband or wife, if it has been legally determined that such an alien has attempted or conspired to enter into a marriage for the purpose of evading the immigration laws.

8. A grandparent, grandchild, nephew, niece, uncle, aunt, cousin, or in-law.

## General Instructions

### Step 1. Fill Out Form I-130

1. Type or print legibly in black ink.

2. If extra space is needed to complete any item, attach a continuation sheet, indicate the item number, and date and sign each sheet.

3. Answer all questions fully and accurately. State that an item is not applicable with "N/A." If the answer is none, write "none."

**Translations.** Any foreign language document must be accompanied by a full English translation that the translator has certified as complete and correct, and by the translator's certification that he or she is competent to translate the foreign language into English.

**Copies.** If these instructions state that a copy of a document may be filed with this petition, submit a copy. If you choose to send the original, USCIS may keep that original for our records. If USCIS requires the original, it will be requested.

### What Documents Do You Need to Show That You Are a U.S. Citizen?

1. If you were born in the United States, a copy of your birth certificate, issued by a civil registrar, vital statistics office, or other civil authority.

2. A copy of your naturalization certificate or certificate of citizenship issued by USCIS or the former INS.

3. A copy of Form FS-240, Report of Birth Abroad of a Citizen of the United States, issued by a U.S. Embassy or consulate.

4. A copy of your unexpired U.S. passport; or

5. An original statement from a U.S. consular officer verifying that you are a U.S. citizen with a valid passport.

6. If you do not have any of the above documents and you were born in the United States, see instructions under **Page 3, "What If a Document Is Not Available?"**

### What Documents Do You Need to Show That You Are a Permanent Resident?

If you are a permanent resident, you must file your petition with a copy of the front and back of your permanent resident card. If you have not yet received your card, submit copies of your passport biographic page and the page showing admission as a permanent resident, or other evidence of permanent resident status issued by USCIS or the former INS.

### What Documents Do You Need to Prove Family Relationship?

You have to prove that there is a family relationship between you and your relative. If you are filing for:

1. **A husband or wife,** submit the following documentation:

   A. A copy of your marriage certificate.

   B. If either you or your spouse were previously married, submit copies of documents showing that all prior marriages were legally terminated.

   C. A passport-style color photo of yourself and a passport-style color photo of your husband or wife, taken within 30 days of the date of this petition. The photos must have a white background and be glossy unretouched and not mounted. The dimensions of the full frontal facial image should be about 1 inch from the chin to top of the hair. Using pencil or felt pen, lightly print the name (and Alien Registration Number, if known) on the back of each photograph.

   D. A completed and signed Form G-325A, Biographic Information, for you and a Form G-325A for your husband or wife. Except for your name and signature you do not have to repeat on Form G-325A the information given on your Form I-130 petition.

   **NOTE:** In addition to the required documentation listed above, you should submit one or more of the following types of documentation that may evidence that bona fides of your marriage:

   E. Documentation showing joint ownership or property; or

   F. A lease showing joint tenancy of a common residence; or

   G. Documentation showing co-mingling of financial resources; or

   H. Birth certificate(s) of child(ren) born to you, the petitioner, and your spouse together; or

   I. Affidavits sworn to or affirmed by third parties having personal knowledge of the bona fides of the marital relationship. (Each affidavit must contain the full name and address, date and place of birth of the person making the affidavit, his or her relationship to the petitioner of beneficiary, if any, and complete information and details explaining how the person acquired his or her knowledge of your marriage); or

   J. Any other relevant documentation to establish that there is an ongoing marital union.

   **NOTE:** If you married your husband or wife while your husband or wife was the subject of an exclusion, deportation, removal, or rescission proceeding (including judicial review of the decision in one of these proceedings), this evidence must be sufficient to establish the bona fides or your marriage by clear and convincing evidence.

2. **A child and you are the mother:** Submit a copy of the child's birth certificate showing your name and the name of your child.

3. **A child and you are the father:** Submit a copy of the child's birth certificate showing both parents' names and your marriage certificate.

4. **A child born out of wedlock and you are the father:** If the child was not legitimated before reaching 18 years old, you must file your petition with copies of evidence that a bona fide parent-child relationship existed between the father and the child before the child reached 21 years. This may include evidence that the father lived with the child, supported him or her, or otherwise showed continuing parental interest in the child's welfare.

5. **A brother or sister:** Submit a copy of your birth certificate and a copy of your brother's or sister's birth certificate showing that you have at least one common parent. If you and your brother or sister have a common father but different mothers, submit copies of the marriage certificates of the father to each mother and copies of documents showing that any prior marriages of either your father or mothers were legally terminated. If you and your brother or sister are related through adoption or through a stepparent, or if you have a common father and either of you were not legitimated before your 18th birthday, see also **8** and **9** below.

6. **A mother:** Submit a copy of your birth certificate showing your name and your mother's name.

7. **A father:** Submit a copy of your birth certificate showing the names of both parents. Also give a copy of your parents' marriage certificate establishing that your father was married to your mother before you were born, and copies of documents showing that any prior marriages of either your father or mother were legally terminated. If you are filing for a stepparent or adoptive parent, or if you are filing for your father and were not legitimated before your 18th birthday, also see **4**, **8**, and **9**.

8. **Stepparent/Stepchild:** If your petition is based on a stepparent-stepchild relationship, you must file your petition with a copy of the marriage certificate of the stepparent to the child's natural parent showing that the marriage occurred before the child's 18th birthday, copies of documents showing that any prior marriages were legally terminated and a copy of the stepchild's birth certificate.

9. **Adoptive parent or adopted child:** If you and the person you are filing for are related by adoption, you must submit a copy of the adoption decree(s) showing that the adoption took place before the child became 16 years old.

If you adopted the sibling of a child you already adopted, you must submit a copy of the adoption decree(s) showing that the adoption of the sibling occurred before that child's 18th birthday.

In either case, you must also submit copies of evidence that each child was in the legal custody of and resided with the parent(s) who adopted him or her for at least two years before or after adoption. Legal custody may only be granted by a court or recognized government entity and is usually granted at the time of the adoption is finalized. However, if legal custody is granted by a court or recognized government agency prior to the adoption, that time may count to fulfill the two-year legal custody requirement.

## What If Your Name Has Changed?

If either you or the person you are filing for is using a name other than shown on the relevant documents, you must file your petition with copies of the legal documents that effected the change, such as a marriage certificate, adoption decree or court order.

## What If a Document Is Not Available?

In such situation, submit a statement from the appropriate civil authority certifying that the document or documents are not available. You must also submit secondary evidence, including:

A. **Church record:** A copy of a document bearing the seal of the church, showing the baptism, dedication or comparable rite occurred within two months after birth, and showing the date and place of the child's birth, date of the religious ceremony, and the names of the child's parents.

B. **School record:** A letter from the authority (preferably the first school attended) showing the date of admission to the school, the child's date of birth or age at that time, place of birth, and names of the parents.

C. **Census record:** State or Federal census record showing the names, place of birth, date of birth, or the age of the person listed.

D. **Affidavits:** Written statements sworn to or affirmed by two persons who were living at the time and who have personal knowledge of the event you are trying to prove. For example, the date and place of birth, marriage or death. The person making the affidavit does not have to be a U.S. citizen. Each affidavit should contain the following information regarding the person making the affidavit: his or her full name, address, date and place of birth, and his or her relationship to you, if any, full information concerning the event, and complete details explaining how the person acquired knowledge of the event.

## Where To File?

If you reside in the United States, file the I-130 form at the Lockbox according to following instructions:

If you are the petitioner and you reside in Alaska, Arizona, California, Colorado, Guam, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, North Dakota, Ohio, Oregon, South Dakota, Utah, Washington, Wisconsin, or Wyoming and you are filing only Form I-130, mail the petition to the USCIS Lockbox Facility. The address is as follows:

USCIS
P.O. Box 804625
Chicago, IL 60680-4107

If you are the petitioner and you reside in Alabama, Arkansas, Connecticut, Delaware, Florida, Georgia, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, Tennessee, Texas, Vermont, Virginia, U.S. Virgin Islands, West Virginia, or District of Columbia and you are filing only Form I-130, mail the petition to the USCIS Lockbox Facility. The address is as follows:

> USCIS
> P.O. Box 804616
> Chicago, IL 60680-4107

NOTE: If the Form I-130 petition is being filed concurrently with Form I-485, Application to Register Permanent Residence or Adjust Status, submit both forms concurrently to:

> U.S. Citizenship and Immigration Services
> P.O. Box 805887
> Chicago, IL 60680-4107

For couriers/express deliveries:

> USCIS
> Attn: FBAS
> 131 South Dearborn - 3rd Floor
> Chicago, IL 60603-5517

**Petitioners residing abroad:** If you live in Canada, file your petition at the Vermont Service Center. **Exception:** If you are a U.S. citizen residing in Canada, and you are petitioning for your spouse, child, or parent, you may file the petition at the nearest U.S. Embassy or consulate, except for those in Quebec City. If you reside elsewhere outside the United States file, your relative petition at the USCIS office overseas or the U.S. Embassy or consulate having jurisdiction over the area where you live. For further information, contact the nearest U.S. Embassy or consulate.

## What Is the Filing Fee?

The filing fee for a Form is **$355**.

Use the following guidelines when you prepare your check or money order for Form I-130:

1. The check or money order must be drawn on a bank or other financial institution located in the United States and must be payable in U.S. currency; and

2. Make the check or money order payable to **U.S. Department of Homeland Security**, unless:

   A. If you live in Guam and are filing your petition there, make it payable to **Treasurer, Guam**.

   B. If you live in the U.S. Virgin Islands and are filing your petition there, make it payable to **Commissioner of Finance of the Virgin Islands**.

   C. If you live outside the United States, Guam, or the U.S. Virgin Islands, contact the nearest U.S. Embassy or consulate for instructions on the method of payment.

NOTE: Please spell out U.S. Department of Homeland Security; do not use the initials "USDHS" or "DHS."

## How to Check If the Fees Are Correct

The form fee on this form is current as of the edition date appearing in the lower right corner of this page. However, because USCIS fees change periodically, you can verify if the fees are correct by following one of the steps below:

1. Visit our website at **www.uscis.gov**, select "Immigration Forms," and check the appropriate fee;

2. Review the fee schedule included in your form package, if you called us to request the form, or

3. Telephone our National Customer Service Center at **1-800-375-5283** and ask for the fee information.

## When Will a Visa Become Available?

When a petition is approved for the husband, wife, parent, or unmarried minor child of a United States citizen, these persons are classified as immmediate relatives. They do not have to wait for a visa number because immediate relatives are not subject to the immigrant visa limit.

For alien relatives in preference categories, a limited number of immigrant visas are issued each year. The visas are processed in the order in which the petitions are properly filed and accepted by USCIS. To be considered properly filed, a petition must be fully completed and signed, and the fee must be paid.

For a monthly report on the dates when immigrant visas are available, call the **U.S. Department of State** at **(202) 663-1541**, or visit: www.travel.state.gov.

## Address Changes

If you change your address and you have an application or petition pending with USCIS, you may change your address online at www.uscis.gov, click on "Change your address with USCIS," and follow the prompts. Or you may complete and mail Form AR-11, Alien's Change of Address Card, to:

> U.S. Citizenship and Immigration Services
> Change of Address
> P.O. Box 7134
> London, KY 40742-7134

For commercial overnight or fast freight services only, mail to:

> U.S. Citizenship and Immigration Services
> Change of Address
> 1084-I South Laurel Road
> London, KY 40744

## Notice to Persons Filing for Spouses, If Married Less Than Two Years

Pursuant to section 216 of the Immigration and Nationality Act, your alien spouse may be granted conditional permanent resident status in the United States as of the date he or she is admitted or adjusted to conditional status by a USCIS officer. Both you and your conditional resident spouse are required to file Form I-751, Joint Petition to Remove Conditional Basis of Alien's Permanent Resident Status, during the 90-day period immediately before the second anniversary of the date your alien spouse was granted conditional permanent resident status.

Otherwise, the rights, privileges, responsibilites, and duties that apply to all other permanent residents apply equally to a conditional permanent resident. A conditional permanent resident is not limited to the right to apply for naturalization, file petitions on behalf of qualifying relatives, or reside permanently in the United States as an immigrant in accordance with our Nation's immigration laws.

**NOTE:** Failure to file the Form I-751 joint petition to remove the conditional basis of the alien spouse's permanent resident status will result in the termination of his or her permanent resident status and initiation of removal proceedings.

## Processing Information

**Acceptance.** Any I-130 petition that is not properly signed or accompanied by the correct fee will be rejected with a notice that the petition is deficient. You may correct the deficiency and resubmit the petition. However, a rejected petition does not retain a filing date. A petition is not considered properly filed until accepted by USCIS.

**Initial Processing.** Once the petition has been accepted, it will be checked for completeness, including submission of the required initial evidence. If you do not completely fill out the form or file it without the required initial evidence, you will not establish a basis for eligibility, and USCIS may deny your petition.

**Requests for More Information.** We may request more information or evidence, or we may request that you appear at a USCIS office for an interview. We may also request that you submit the originals of any copy. We will return these originals when they are no longer needed.

**Decision.** The decision on Form I-130 involves a determination of whether you have established eligibility for the requested benefit. You will be notified of the decision in writing.

## USCIS Forms and Information

To order USCIS forms, call our toll-free number at **1-800-870-3676.** You can also get USCIS forms and information on immigration laws, regulations, and procedures by telephoning our National Customer Service Center at **1-800-375-5283** or visiting our internet website at **www.uscis. gov.**

As an alternative to waiting in line for assistance at your local USCIS office, you can now schedule an appointment through our internet-based system, **InfoPass.** To access the system, visit our website. Use the **InfoPass** appointment scheduler and follow the screen prompts to set up your appointment. **InfoPass** generates an electronic appointment notice that appears on the screen.

## Penalties

If you knowingly and willfully falsify or conceal a material fact or submit a false document with this request, we will deny the benefit you are filing for, and may deny any other immigration benefit.

In addition, you will face severe penalties provided by law, and may be subject to criminal prosecution.

## Privacy Act Notice

We ask for the information on this form, and associated evidence, to determine if you have established eligibility for the immigration benefit for which you are filing. Our legal right to ask for this information is in 8 U.S.C. 1255. We may provide this information to other government agencies. Failure to provide this information, and any requested evidence, may delay a final decision or result in denial of your request.

## Paperwork Reduction Act

An agency may not conduct or sponsor an information collection, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. The public reporting burden for this collection of information is estimated at 90 minutes per response, including the time for reviewing instructions and completing and submitting the form. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: U.S. Citizenship and Immigration Services, Regulatory Management Division, 111 Massachusetts Avenue, N.W., 3rd Floor, Suite 3008, Washington, DC 20529. OMB No. 1615-0012. **Do not mail your application to this address.**

---

**Checklist**

- Did you answer each question on the Form I-130 petition?
- Did you sign and date the petition?
- Did you enclose the correct filing fee for each petition?
- Did you submit proof of your U.S. citizenship or lawful permanent residence?
- Did you submit other required supporting evidence?

**If you are filing for your husband or wife, did you include:**

- His or her photograph?
- Your completed Form G-325A?
- His or her Form G-325A?



U.S Citizenship and Immigration Services - Ca...    Status Service Center    https://egov.uscis.gov/cris/jsp/Processtimes.jsp?SeviceCenter=CSC

Search  Advanced Search



Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resources    Press Room

Print This Page    Back

# U.S. Citizenship and Immigration Services
## California Service Center Processing Dates
## Posted May 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 13-15 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **California Service Center** Posted May 15, 2008

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|------|-------|-----------------------------------|---------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | August 13, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | March 16, 2008 |

| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | March 24, 2008 |
|---|---|---|---|
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | April 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | March 16, 2008 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | November 17, 2007 |
| I-129F | Petition for Alien Fiance(e) | K-3/K-4 - Already married - spouse and/or dependent child | November 17, 2007 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | November 17, 2007 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filing for a spouse or child under 21 | January 01, 2005 |
| I-130 | Petition for Alien Relative | Permanent resident filing for an unmarried son or daughter over 21 | February 07, 2005 |
| I-131 | Application for Travel Document | All other applicants for advance parole | September 14, 2007 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | November 17, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | October 05, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | September 08, 2006 |

| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | September 22, 2007 |
|---|---|---|---|
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | February 15, 2008 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | February 15, 2008 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | February 15, 2008 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | February 15, 2008 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | February 15, 2008 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | February 15, 2008 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | February 15, 2008 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | February 15, 2008 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | June 27, 2007 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | November 17, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | February 15, 2008 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | March 06, 2008 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | February 15, 2008 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | February 15, 2008 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | February 15, 2008 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | February 15, 2008 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | June 11, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | November 17, 2007 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | December 14, 2005 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | September 10, 1997 |

Print This Page    |    Back

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security



ELLEN O. TAUSCHER
10TH DISTRICT, CALIFORNIA

COMMITTEE ON
TRANSPORTATION AND INFRASTRUCTURE
SUBCOMMITTEE ON AVIATION
SUBCOMMITTEE ON
HIGHWAYS, TRANSIT AND PIPELINES
SUBCOMMITTEE ON
WATER, RESOURCES AND THE ENVIRONMENT

COMMITTEE ON ARMED SERVICES
SUBCOMMITTEE ON TERRORISM
SUBCOMMITTEE ON PROJECTION FORCES
SUBCOMMITTEE ON STRATEGIC FORCES

# Congress of the United States
## House of Representatives
### Washington, DC 20515–0510

1034 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
TELEPHONE (202) 225–1880
FAX (202) 225–5914

2121 NORTH CALIFORNIA BOULEVARD
SUITE 555
WALNUT CREEK, CA 94596
TELEPHONE (925) 932–8899
FAX (925) 932–8159

2000 CADENASSO DRIVE
SUITE A
FAIRFIELD, CA 94533
TELEPHONE (707) 428–7792
FAX (707) 438–0523

420 WEST 3RD STREET
ANTIOCH, CA 94509
TELEPHONE (925) 757–7187
FAX (925) 757–7056

Web Address: www.house.gov/tauscher

April 4, 2007

Mr. Mustafa Rahimi
299 Mercury Way
Pleasant Hill, CA 94523-2111

Dear Mr. Rahimi:

Enclosed please find a copy of the letter I sent to the USCIS office in Laguna Niguel on your behalf. Generally, an agency is afforded 60 days to respond to my inquiry and you will be notified immediately when I receive their response.

If you have any questions in the interim, please feel free to contact Karen Tedford in my Walnut Creek District office at (925) 932-8899.

Sincerely,

Ellen O. Tauscher
Member of Congress

EOT:kt
Encl.

**ELLEN O. TAUSCHER**
10TH DISTRICT, CALIFORNIA

COMMITTEE ON
TRANSPORTATION AND INFRASTRUCTURE
SUBCOMMITTEE ON AVIATION
SUBCOMMITTEE ON
HIGHWAYS, TRANSIT AND PIPELINES
SUBCOMMITTEE ON
WATER, RESOURCES AND THE ENVIRONMENT

COMMITTEE ON ARMED SERVICES
SUBCOMMITTEE ON TERRORISM
SUBCOMMITTEE ON PROJECTION FORCES
SUBCOMMITTEE ON STRATEGIC FORCES

## Congress of the United States
### House of Representatives
#### Washington, DC 20515-0510

1034 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
TELEPHONE (202) 225-1880
FAX (202) 225-5914

2121 NORTH CALIFORNIA BOULEVARD
SUITE 555
WALNUT CREEK, CA 94596
TELEPHONE (925) 932-8899
FAX (925) 932-8159

2000 CADENASSO DRIVE
SUITE A
FAIRFIELD, CA 94533
TELEPHONE (707) 428-7792
FAX (707) 428-0523

420 WEST 3RD STREET
ANTIOCH, CA 94509
TELEPHONE (925) 757-7187
FAX (925) 757-7056

Web Address: www.house.gov/tauscher

April 4, 2007

Congressional Liaison
Immigration and Naturalization Service
California Service Center
PO Box 30114
Laguna Niguel, CA 92607-0114

Dear Congressional Liaison:

Enclosed please find correspondence from my constituent, Mustafa Rahimi, regarding his concern that his I-130 for his wife has not yet been processed.

I am forwarding this material for your review and consideration. Your assistance in responding to Mr. Rahimi's concerns would be greatly appreciated. Please direct any questions or comments to Karen Tedford in my Walnut Creek District office at (925) 932-8899.

Sincerely,

Ellen O. Tauscher
Member of Congress

EOT:kt

COMMITTEE ON ARMED SERVICES
CHAIRMAN,
SUBCOMMITTEE ON STRATEGIC FORCES

SUBCOMMITTEE ON AIR AND LAND
SUBCOMMITTEE ON OVERSIGHT
AND INVESTIGATIONS

COMMITTEE ON
TRANSPORTATION AND INFRASTRUCTURE
SUBCOMMITTEE ON
HIGHWAYS, TRANSIT AND PIPELINES
SUBCOMMITTEE ON
WATER, RESOURCES AND THE ENVIRONMENT
SUBCOMMITTEE ON AVIATION

CHAIR, NEW DEMOCRAT COALITION

VICE CHAIRMAN, NATO PARLIAMENTARY
ASSEMBLY

REGIONAL WHIP

# Ellen O. Tauscher
## Congress of the United States
### House of Representatives
#### 10th District, California

2459 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
TELEPHONE (202) 225-1880
FAX (202) 225-5914

2121 NORTH CALIFORNIA BOULEVARD
SUITE 555
WALNUT CREEK, CA 94596
TELEPHONE (925) 932-8899
FAX (925) 932-8159

2000 CADENASSO DRIVE
SUITE A
FAIRFIELD, CA 94533
TELEPHONE (707) 428-7792
FAX (707) 438-0523

420 WEST 3RD STREET
ANTIOCH, CA 94509
TELEPHONE (925) 757-7187
FAX (925) 757-7056

www.house.gov/tauscher

January 15, 2008

Mr. Mustafa Rahimi
299 Mercury Way
Pleasant Hill, CA 94523-2111

Dear Mr. Rahimi:

I am writing to follow-up on your inquiry with the USCIS office in Laguna Niguel regarding the status of the pending I-130.  They report your case is still pending the detailed review; they also state they do not have a time frame as to when this case will be completed.   Please be assured that I am continuing to pursue this matter on your behalf.

Thank you for the opportunity to assist you in this matter.  I will continue to diligently pursue your case until this matter is resolved.  Please do not hesitate to contact Karen Tedford in my Walnut Creek office should you have any questions at (925) 932-8899.

Sincerely,

Ellen O. Tauscher
Member of Congress

EOT:kt



Department of Homeland Security
U.S. Citizenship and Immigration Servi

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-07-241-19860 | Case Type:<br>I-129F - Petition for Fiance(e)/Spouse |
|---|---|
| Received Date:<br>May 25, 2007 | Priority Date: | Applicant:<br>RAHIMI, MUSTAFA |
| Notice Date:<br>May 31, 2007 | Page          1 OF 1 | ASC Code: |

| JILL STANTON<br>400 MONTGOMERY STREET STE 810<br>SAN FRANCISCO CA 94104 | Notice Type:          Receipt Notice<br><br>Amount Received:          $170.00 |
|---|---|

The above application has been received. It usually takes 60 to 180 days from the date of this receipt to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this application.

If you have other questions about possible immigration benefits and services, filing information, or BCIS forms, please call the BCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC, TTY at **1-800-767-1833**. Information regarding case status is not available at this number.

If you have access to the Internet, you can also visit the BCIS at www.bcis.gov. Here you can find valuable information about forms and filing instructions and about general immigration services and benefits.

U.S. Department of Homeland Security Citizenship and Immigration Services
P.O. BOX 7218
427 S. Lasalle 3rd Floor
CHICAGO IL 60680-7218
Customer Service Telephone: 1-800-375-5283



4476621

Form I-797C (Rev. 01/31/05) N

H

# LAW OFFICES OF JILL STANTON

November 6, 2007

California Service Center
P.O. Box 10130
Laguna Niguel, CA 92607-0130

RE: Submission of G-28
  Overdue adjudication - U.S. Citizen petitioner's I-130 filed 4/17/06!!
  WAC0615150880 - Beneficiary: Fariha Rahimi

Dear Sir or Madam:

Enclosed is our G-28.

U.S. citizen petitioner Mustafa Rashid Rahimi filed his I-130 more than 1 ½ years ago and despite Congressional inquiries, has been unable to obtain further information.

In an effort to move the case forward, this office filed an I-129F K-3 petition on 5/25/07 at the National Benefits Center, and that case, MSC0724119860, is shown on the case status online as having been transferred to the CSC. Nothing more has been heard on either case: a call to National Customer Service Center on 9/18/07 has still gone unanswered more than 6 weeks later.

We assume that the two files have been united (?) but have been unable to obtain ANY information on the delays. Please let us know what is happening.

Yours truly,

Jill Stanton

*Sent e-mails to both I-129 & I-130 units on this case as well this date*

AT&T Yahoo! Mail - jill_stanton_@yahoo.com    Document 1    Filed 05/27/2008    Page 45 of 53

Page 1 of 1

Case 3:08-cv-02656-SC

 **MAIL** Classic

Print - Close Window

**Date:** Mon, 12 Nov 2007 11:02:07 -0800 (PST)

**From:** "Jill Stanton" <lawstan@pacbell.net>

**Subject:** RE: WAC0615150880 (I-130) & MSC0724119860 (I-129F)

**To:** "CSC XII 130" <csc-xii.130@dhs.gov>

This is the very first time that I have ever heard that U.S. citizens are being subjected to security checks. Is that what you are saying? I want to be clear, because if that is the case, we need to raise this issue with USCIS headquarters or in the U.S. District Court.

Are you also stating that even the non-immigrant K-3 visa being sought through the I-129F is now united with the I-130 and also being held up for security checks? Please clarify. Thank you.

Jill Stanton

**CSC XII 130 <csc-xii.130@dhs.gov> wrote:**

> The processing of this case has been delayed as USCIS is currently awaiting the results of required security checks. These background checks are required of all who apply for the immigration benefit you are [your client is seeking]. USCIS will make every effort to make a decision on this case as soon as the security checks are complete. If you do [your client does] not receive a decision or other notice of action from us within 6 months of this letter, please feel free to contact us.
>
> The status of the case, processing dates, addresses and necessary information can be found on line at www.USCIS.gov. Under "Check Case Status", enter the receipt number i.e. WAC. You can also sign up to be notified of any changes occurring with this petition. The National Customer Service is available at I-800-375-5283 Monday through Friday, 8:00 AM to 5:00 PM, PST.
>
> Officer Hopkins
> csc
> Please enter the receipt number in the Subject line above when sending inquiries.
>
> -----Original Message-----
> From: Jill Stanton [mailto:lawstan@pacbell.net]
> Sent: Tuesday, November 06, 2007 4:25 PM
> To: 130, CSC-XII
> Subject: WAC0615150880 (I-130) & MSC0724119860 (I-129F)
>
> U.S. citizen petitioner Mustafa Rahimi I-130 has been pending since 4/17/06. We filed the MSC I-129 K-3 case on 5/25/07, and case status online now shows it has been transferred to the CSC where petitioner's I-130 petition has been pending since 4/17/06. Nothing more has been heard on either case; call to National Customer Service Center on 9/18/07 has still gone unanswered more than 6 weeks later. We assume that the two files have been united (?) but have been unable to obtain ANY information on the delays. Please let us know what is happening.
>
> Jill Stanton
> 400 Montgomery, Ste. 810
> San Francisco, CA 94104
> Cell: 415 370- 3196
> Tel. 415 392-6161 ext. 303
> FAX: 415 392-8208

 **MAIL** Classic

Print - Close Window

**Subject:** RE: WAC0615150880 (I-130) & MSC0724119860 (I-129F)

**Date:** Mon, 26 Nov 2007 11:17:09 -0800

**From:** "CSC XII 130" <csc-xii.130@dhs.gov>

**To:** "Jill Stanton" <lawstan@pacbell.net>

RE: WAC0615150880

The processing of this case has been delayed as USCIS is currently awaiting the results of required security checks. These background checks are required of all who apply for the immigration benefit you are [your client is seeking]. USCIS will make every effort to make a decision on this case as soon as the security checks are complete. If you do [your client does] not receive a decision or other notice of action from us within 6 months of this letter, please feel free to contact us.

The status of the case, processing dates, addresses and necessary information can be found on line at www.USCIS.gov. Under "Check Case Status", enter the receipt number i.e. WAC. You can also sign up to be notified of any changes occurring with this petition. The National Customer Service is available at 1-800-375-5283 Monday through Friday, 8:00 AM to 5:00 PM, PST.

Officer Hopkins
csc

*Please enter the receipt number in the Subject line above when sending inquiries.*

---

**From:** Jill Stanton [mailto:lawstan@pacbell.net]
**Sent:** Thursday, November 15, 2007 11:24 AM
**To:** CSC XII 130
**Subject:** RE: WAC0615150880 (I-130) & MSC0724119860 (I-129F)

Please answer my second question - is the I-129F petition now riding with the I-130 petition?

Thank you -
Jill Stanton

*CSC XII 130 <csc-xii.130@dhs.gov> wrote:*

> All petitions are subject to security checks.
> Officer Hopkins
> csc
>
> ---
>
> **From:** Jill Stanton [mailto:lawstan@pacbell.net]
> **Sent:** Monday, November 12, 2007 11:02 AM
> **To:** CSC XII 130
> **Subject:** RE: WAC0615150880 (I-130) & MSC0724119860 (I-129F)
>
> This is the very first time that I have ever heard that U.S. citizens are being subjected to security checks. Is that what you are saying? I want to be clear, because if that is the case, we need to raise this issue with USCIS headquarters or in the U.S. District Court.

Are you also stating that even the non-immigrant K-3 visa being sought through the I-129F is now united with the I-130 and also being held up for security checks?  Please clarify.  Thank you.

Jill Stanton

**CSC XII 130 <csc-xii.130@dhs.gov> wrote:**

The processing of this case has been delayed as USCIS is currently awaiting the results of required security checks. These background checks are required of all who apply for the immigration benefit you are [your client is seeking]. USCIS will make every effort to make a decision on this case as soon as the security checks are complete. If you do [your client does] not receive a decision or other notice of action from us within 6 months of this letter, please feel free to contact us.

 **MAIL**
Classic

Print - Close Window

**Subject:** RE: RE: MSC0724119860(I-129F) & WAC0615150880 (I-130)

**Date:** Mon, 3 Dec 2007 11:51:01 -0800

**From:** "CSC XII 129F" <csc-xii.129f@dhs.gov>

**To:** "Jill Stanton" <lawstan@pacbell.net>

The processing of this case has been delayed as USCIS is currently awaiting the results of required security checks. These background checks are required of all who apply for the immigration benefit you are [your client is seeking]. USCIS will make every effort to make a decision on this case as soon as the security checks are complete. If you do [your client does] not receive a decision or other notice of action from us within 6 months of this letter, please feel free to contact us.

The status of the case, processing dates, addresses and necessary information can be found on line at www.USCIS.gov. Under "Check Case Status", enter the receipt number i.e. WAC. You can also sign up to be notified of any changes occurring with this petition. The National Customer Service is available at 1-800-375-5283 Monday through Friday, 8:00 AM to 5:00 PM, PST.


Officer Hopkins
csc

*Please enter the receipt number in the Subject line above when sending inquiries.*

---

**From:** Jill Stanton [mailto:lawstan@pacbell.net]
**Sent:** Monday, December 03, 2007 7:30 AM
**To:** 129F, CSC-XII
**Subject:** Fwd: RE: MSC0724119860(I-129F) & WAC0615150880 (I-130)

As directed, I am forwarding my inquiry to your specific I-129F unit!
Thanks -
Jill Stanton

*CSC XII 129 <csc-xii.129@dhs.gov>* wrote:

> Subject: RE: MSC0724119860(I-129F) & WAC0615150880 (I-130)
> Date: Fri, 30 Nov 2007 13:47:54 -0800
> From: "CSC XII 129" <csc-xii.129@dhs.gov>
> To: "Jill Stanton" <lawstan@pacbell.net>
>
> Jill:
>
> Please resend your inquiry to the I-129F email address below:
>
> CSC-XII.129F@dhs.gov
>
>
> San Nguyen
> Center Adjudications Officer

**From:** Jill Stanton (jill_stanton@yahoo.com)
**To:** CSC XII 130; Mary Beth Kaufman
**Date:** Friday, May 9, 2008 2:44:41 PM
**Subject:** Re: WAC0615150880 (I-130) & MSC0724119860 (I-129F)

Dear Officer Hopkins:

Yet another 6 months as passed making it more than 2 years since U.S. citizen Mustafa Rahimi filed his I-130 petition. As we have previously pointed out, this is the very first case I have seen in my 22+ years of practice where adjudication was indefinitely delayed for a security check on a U.S. citizen! However, even assuming that this is common practice, the delay is far beyond any reasonable processing time.

As a last resort, and only because of the continued delay in the processing of both the I-130 and I-129 K-3 petitions, our office is preparing to file suit in United States District Court within two weeks. If there is any possibility that either petition can be adjudicated without resort to federal litigaton, please contact me or my associate Mary Beth Kaufman at 415 392-6161 ext. 305, or by this e-mail

Jill Stanton

----- Original Message ----
From: CSC XII 130 <csc-xii.130@dhs.gov>
To: Jill Stanton <lawstan@pacbell.net>
Sent: Monday, November 26, 2007 11:17:09 AM
Subject: RE: WAC0615150880 (I-130) & MSC0724119860 (I-129F)

RE: WAC0615150880
The processing of this case has been delayed as USCIS is currently awaiting the results of required security checks. These background checks are required of all who apply for the immigration benefit you are [your client is seeking]. USCIS will make every effort to make a decision on this case as soon as the security checks are complete. If you do [your client does] not receive a decision or other notice of action from us within 6 months of this letter, please feel free to contact us.

The status of the case, processing dates, addresses and necessary information can be found on line at www.USCIS.gov. Under "Check Case Status", enter the receipt number i.e. WAC. You can also sign up to be notified of any changes occurring with this petition. The National Customer Service is available at 1-800-375-5283 Monday through Friday, 8:00 AM to 5:00 PM, PST.

Officer Hopkins
csc
*Please enter the receipt number in the Subject line above when sending inquiries.*

**From:** Jill Stanton [mailto:lawstan@pacbell.net]
**Sent:** Thursday, November 15, 2007 11:24 AM
**To:** CSC XII 130
**Subject:** RE: WAC0615150880 (I-130) & MSC0724119860 (I-129F)

J

# LAW OFFICES OF STANTON & KAUFMAN

Mary Beth Kaufman
Attorney at Law

Jill Stanton
Attorney at Law

Bijan Tabrizi
Office Manager

May 1, 2008

Christina Poulos
Director, California Service Center
United States Citizenship and Immigration Services
24000 Avila Road
2nd Fllor, Room 2302
Laguna Niguel, CA 92677

## NOTICE OF INTENT TO FILE LAWSUIT IN FEDERAL DISTRICT COURT

**Mustafa Rashid RAHIMI (Petitioner, United States Citizen)**
**Fariha RAHIMI (Beneficiary)**

**WAC0615150880 (I-130) & MSC0724119860 (I-129F)**

Dear Ms. Poulos:

Our office represents Mr. Rahimi in immigration matters, and a G-28 Notice of Representation is attached.

Mr. Rahimi's I-130 petition for his wife has been pending since April 17, 2006 – over two years. Due to the delay in processing of his I-130 petition for his wife, Mr. Rahimi also filed a K-3 petition on May 25, 2007. Repeated calls to the National Customer Service Center, and even Congressional inquiries, have produced no results. On November 12, 2007, we were informed by email by Officer Hopkins at the California Service Center that the case is delayed due to security checks.

As we mentioned in out response to that email, we have never previously been informed that United States citizens or their spouses are subject to security clearance as a requirement for adjudication of an I-130 petition to establish that a marriage is bona fide. However, even assuming clearance is required, this case is far beyond a reasonable processing time.

**As a last resort, and only because of the continued delay in the processing of Mr. Rahimi's petitions, our office is preparing to file suit in United States district court within two weeks. If there is any possibility that either petition can be adjudicated without resort to federal litigation, please contact me at 415-392-6161 ext. 305, or by email at mbkaufman@immlawsf.com.**

Sincerely,

Mary Beth Kaufman
Attorney at Law

CC:     Edward A. Olson
        United States Attorney's Office
        450 Golden Gate Avenue
        San Francisco, CA 94102

📁 **FILE**

400 Montgomery Street, Suite 810 • San Francisco, CA 94104

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Entry of Appearance
## as Attorney or Representative

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re:  Mustafa Rashid Rahimi/ Fariha Rahimi

Date:  04/30/2007

File No.

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:
**Mustafa Rashid RAHIMI**

■ Petitioner    □ Applicant
□ Beneficiary

| Address: (Apt. No.)    (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| 299 Mercury Way | Pleasant Hill | CA | 94523 |

Name:

□ Petitioner    □ Applicant
□ Beneficiary

| Address: (Apt. No.)    (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| | | | |

*Check Applicable Item(s) below:*

■ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
California_____    Supreme Court_____    and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

□ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

□ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

□ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | 400 Montgomery Street, Suite 810 , San Francisco, CA 94104 |
| NAME (Type or Print)  Mary Beth Kaufman | TELEPHONE NUMBER  415-392-6161 EXT 305 FAX 415-392-8208 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

_____
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting  Mustafa Rahimi | Signature of Person Consenting | Date  4/22/08 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Ft SEQ    00711858

00711858

Form G-28 (09/26/00)Y