JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MUSTAFA RASHID RAHIMI; FARIHA RAHIMI, <br><br> Petitioners <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; JONATHAN SCHARFEN, Acting Director of U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Director of the California Service Center, U.S. Citizenship and MICHAEL B. MUKASEY, Attorney General of the United States; <br><br> Defendants. | No. C 08-2656 SC <br><br> JOINT MOTION TO EXTEND TIME TO ANSWER; ~~PROPOSED~~ ORDER |

///
///
///
///
///
///
///
///

JOINT MOTION TO EXTEND
C 08-2656 SC                        1

1  On May 27, 2008, Petitioners filed the above captioned action. The United States Attorney's
2  Office was served on May 28, 2008. It now appears that this case may be resolved administratively
3  within the next 60 days. Accordingly, the parties hereby jointly move, pursuant to approval of the
4  Court, to modify the scheduling order as follows:

| | |
|---|---|
| Respondents' Answer: | September 26, 2008 |
| ADR Certification: | October 3, 2008 |
| Case Management Statement: | November 14, 2008 |
| Case Management Conference: | November 21, 2008, at 10:00 a.m. |

Dated: July 14, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Respondents

Dated: July 14, 2008

_____/s/_____
MARY BETH KAUFMAN
Attorney for Petitioners

### PROPOSED ORDER

Pursuant to the parties' agreement, IT IS SO ORDERED.

Dated:   7/22/08

[Signature: Judge Samuel Conti — IT IS SO ORDERED — United States District Court, Northern District of California]

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

JOINT MOTION TO EXTEND
C 08-2656 SC                    2