1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927

7
   Attorneys for Respondents
8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 MUSTAFA RASHID RAHIMI;                )
   FARIHA RAHIMI,                        ) No. C 08-2656 SC
13                                        )
                Petitioners,              )
14                                        )
          v.                              ) **STIPULATION TO DISMISS AND**
15                                        ) ~~[PROPOSED]~~ **ORDER**
   MICHAEL CHERTOFF, Secretary of the U.S.)
16 Department of Homeland Security;       )
   JONATHAN SCHARFEN, Acting Director of  )
17 U.S. Citizenship and Immigration Services;)
   CHRISTINA POULOS, Director of the      )
18 California Service Center, U.S. Citizenship and)
   MICHAEL B. MUKASEY, Attorney General of)
19 the United States,                     )
                                          )
20              Respondents.               )
                                          )
21

22      Petitioners, by and through their attorney of record, and Respondents, by and through their

23 attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

24 entitled action without prejudice.

25 ///

26 ///

27 ///

28 ///
   Stipulation to Dismiss
   C 08-2656 SC                              1

1 | Each of the parties shall bear their own costs and fees.

Dated: August 25, 2008                        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                                     /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Respondents

Dated: August 25, 2008                             /s/
MARY BETH KAUFMAN
Attorney for Petitioners

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED. All pending deadlines are hereby terminated. The Clerk shall close the file.

Date: August 26, 2008

_____
SAMUEL CONTI
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

---

[1] I, Melanie Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 08-2656 SC                                          2